[No. 39742-1-II. Division Two. April 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER AUSTIN PERKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00813-4, Robert A. Lewis, J., entered September 2, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Johanson, JJ.

[Nos. 39745-5-II; 39685-8-II. Division Two. April 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AVERY PIERRE CLAY, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 08-1-05896-6, Ronald E. Culpepper, J., entered August 28, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39887-7-II. Division Two. April 12, 2011.]

ROBERT ROSS, *Respondent*, v. TONI HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 07-2-00002-9, Michael J. Sullivan, J., entered October 12, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Serko, J. Pro Tem., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 39956-3-II. Division Two. April 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY DALE WITMER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00132-8, Carol Murphy and Christine A. Pomeroy, JJ., entered November 6, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.